**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ADAIR ASSET MANAGEMENT,** | ) | |
| | ) | **8:09CV352** |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on October 5, 2009, a letter (Filing No. 5) was sent to

**Deana K. Walocha
405 North 115th Street
Suite 100
Omaha, NE 68154**

from the Office of the Clerk directing that she register for admission to practice in this court, as requried by NEGenR 1.7(d) or (f) and register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"), as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1).

As of the close of business on November 20, 2009, Ms. Walocha has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **December 4, 2009**, attorney Walocha shall register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

DATED this 23rd day of November, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge