FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JAN -8 AM 11: 41

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Adair Asset Management, | ) | |
|     Plaintiff | ) | Case Number: 8:09 CV 352 |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE OF** |
| | ) | **JURISDICTION BY A UNITED** |
| United States of America, | ) | **STATES MAGISTRATE JUDGE** |
| U.S. Fish and Wildlife Service, et. al., | ) | **AND ORDER OF REFERENCE** |
| | ) | |
|     Defendant | ) | |

### CONSENT TO EXERCISE OF JURISDICTION
### BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| _/s/ Lynnett M Wagner_ | For United States of America U.S. Fish and Wildlife Service | December 30, 2009 |
| _/s/ Dean K Wald_ | For Adair Asset Management | |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_1/8/2010_
/Date

_/s/ Joseph F. Bataillon_
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.